IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BRANDEN C. MIESMER,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA DEPT. OF CORRECTIONS, ET AL.,<br><br>Defendants. | CV 26-5-H-BMM<br>25-52-H-DWM<br><br><br>ORDER |

Plaintiff Branden C. Miesmer has filed a 42 U.S.C. § 1983 Complaint. (Doc. 2.) This is the second lawsuit Miesmer has filed related to his incarceration at Montana State Prison. *See also Miesmer v. Jovanovich, et al.*, CV 25-52-H-DWM. Miesmer's new lawsuit names only one of nine defendants (and the State of Montana) not also named in the prior lawsuit. (Doc. 2 at 3 – 4.)

A plaintiff may properly assert multiple claims against a single defendant. Fed. Rule Civ. P. 18. In addition, a plaintiff may join multiple defendants in one action where "any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions and occurrences" and "any question of law or fact common to all defendants will arise in the action." Fed. R. Civ. P. 20(a)(2). In the interest of judicial efficiency, Miesmer's two actions related to his incarceration will be consolidated. Fed. R. Civ. P. 42(a)(2).

In order to proceed smoothly, however, Miesmer must file an amended complaint that incorporates all of his claims against these defendants into one pleading. Miesmer must abide by Fed. R. Civ. P. 8, in order to prevent the filing of an impossibly cumbersome amended complaint. Rule 8 provides that a complaint "that states a claim for relief must contain . . . a short and plain statement of the claim showing that the [plaintiff] is entitled to relief." Fed. R. Civ. P. 8(a)(2). A court may dismiss a complaint under Rule 8 if the complaint is so conclusory, confusing, or wordy that a defendant cannot reasonably frame a responsive pleading. *Hearns v. San Bernadino Police Dep't*, 530 F.3d 1124, 1130–32 (9th Cir. 2008).

Accordingly, it is HEREBY ORDERED:

1.      Miesmer's two matters are consolidated. Henceforth, all filings shall occur in CV 25-52-H-DWM.

2.      On or before **March 23, 2026,** Miesmer must file, in CV 25-52-H-DWM, a single Amended Complaint that contains all of his claims related to his recent incarceration at Montana State Prison, as alleged in the lawsuits listed above. The Clerk of Court is directed to provide Miesmer with the Court's Amended Complaint form.

3.      The Clerk of Court is directed to close this matter.

4.      <u>Miesmer must immediately notify the Court of any change in his</u>

mailing address by filing a "Notice of Change of Address." Failure to do so may result in dismissal of this case without notice to him.

DATED this 23rd day of February, 2026.

_____
Brian Morris, Chief District Judge
United States District Court